```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
                                                          ELECTRONICALLY FILED
------------------------------------------------------X   DOC #:_____
EUGENE DUNCAN AND ON BEHALF OF                  :         DATE FILED: 12/12/2019
ALL OTHER PERSONS SIMILARLY                     :
SITUATED,                                       :
                                                :         19-CV-3332 (VEC)
                           Plaintiff,           :
                                                :              ORDER
         -against-                              :
                                                :
                                                :
BLACKFIELD OFFICE SUITES 1 LLC,                 :
                                                :
                           Defendant.           :
------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 12, 2019 (Dkt. 21), the parties notified the Court that they have reached an agreement in principle resolving all issues;

IT IS HEREBY ORDERED THAT all previously scheduled conferences and other deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

Within **30 days** of this order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within **30 days**. Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement agreement to the Court in accordance with Rule 6.A of the Court's Individual Practices and (2) a

request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date: **December 12, 2019**
       **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**